UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:25-CR-66-KAC-JEM |
| | ) | |
| PATRICK WARREN HEBERT | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is United States Magistrate Judge Jill E. McCook's "Report and Recommendation" (the "Report") entered on July 1, 2026 [Doc. 35]. On March 27, 2026, Defendant Patrick Warren Hebert filed a "Motion to Suppress As Evidence The Contents of a Suitcase Seized and Searched on December 13, 2024" [Doc. 22], which he later supplemented [Doc. 24]. He clarified that he challenged "the warrantless seizure of methamphetamine" from his vehicle, not just the search of a particular suitcase [*See* Doc. 35 at 13]. The United States opposed the Motion [Doc. 29]. Judge McCook held a hearing on the Motion [Doc. 31], and the Parties submitted post-hearing briefs [Docs. 33, 34].

In the Report, Judge McCook recommends that the Court deny Defendant's Motion [Doc. 35 at 18]. Neither Party objected to the Report, and the time to do so has passed [*See id.* n.18]. *See also* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(a). After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the Report [Doc. 35] under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(a). Accordingly, the Court **DENIES** Defendant's "Motion to Suppress" [Doc. 22].

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

2